**UNITED STATES BANKRUPTCY COURT**
<u>NORTHERN</u> DISTRICT OF <u>ILLINOIS</u>
<u>EASTERN DIVISION</u>

In re: OLYMPIA OBCEMEA § Case No. 12-44847
§ Hon. EUGENE R. WEDOFF
§ Chapter 7
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 07/09/2013 in Courtroom 744, Dirksen Federal Building Courthouse, 219 S. Dearborn Street, Chicago, IL.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/11/2013   By: Clerk U. S. Bankruptcy Court
                              (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN    **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re:   OLYMPIA OBCEMEA    §    Case No. 12-44847
                            §    Hon. EUGENE R. WEDOFF
                            §    Chapter 7
                            §
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*    $3,690.53
*and approved disbursements of*
*leaving a balance on hand of* [1]    $3,690.53

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:    $0.00
Remaining balance:    $3,690.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Trustee, Fees*   ALLAN J. DeMARS | $922.63 | $0.00 | $922.63 |
| *Trustee, Expenses*   ALLAN J. DeMARS | $7.50 | $0.00 | $7.50 |
| *Attorney for Trustee, Fees* | | | |
| *Attorney for Trustee, Expenses* | | | |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* | *U.S. Bankruptcy Court* |
| *Fees,* | *United States Trustee* |
| Other | |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $930.13 |
| Remaining balance: | $2,760.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for             , Fees* | | | |
| *Attorney for             , Expenses* | | | |
| *Accountant for           , Fees* | | | |
| *Accountant for           , Expenses* | | | |
| Other | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,760.40 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $2,760.40 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $22,845.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Peoples United Bank | $11,127.84 | $0.00 | $1,344.57 |
| 2 | American Honda Finance Corp. | $2,315.38 | $0.00 | $279.77 |
| 3 | American InfoSource agent for Midland Funding | $3,441.18 | $0.00 | $415.79 |
| 4 | American InfoSource agent for Midland Funding | $1,232.61 | $0.00 | $148.94 |
| 5 | American InfoSource agent for Capital One Bank (USA) | $4,728.44 | $0.00 | $571.33 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $2,760.40 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim No.* | *Claimant* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
                            Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-44847-ERW
Olympia Obcemea                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dramey              Page 1 of 2              Date Rcvd: Jun 07, 2013
                              Form ID: pdf006           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2013.
```
db         +Olympia Obcemea,    5834 W Main Street,    Morton Grove, IL 60053-3363
19683501    ACI,   2420 Sweet Home Rd, Suite 150,    Amherst, NY 14228-2244
19683502   +AHMSI,    P O Box 631730,    Irving, TX 75063-0002
19683503    Allied Interstate,    P O Box 1954,    Southgate, MI 48195-0954
19683507    Capital One,    Bankruptcy Claims,    P O Box 30285,    Salt Lake City, UT 84130-0285
20118821   +++Capital One Bank (USA), N.A.,   American InfoSource Lp as Agent,    PO Box 71083,
             Charlotte, NC 28272-1083
19683509   +Chase,   Slate,    P O Box 15298,    Wilmington, DE 19850-5298
19683508    Chase,    P O Box 15153,    Wilmington, DE 19886-5153
19683510    CitiMortgage,    P O Box 660065,    Dallas, TX 75266-0065
19683511   +Codilis & Associates,    15W030 N. Frontage Road, #100,    Burr Ridge, IL 60527-6921
19683500    Janice A Gatbunton,    443 South Cherry Street,    Itasca, IL 60143-2108
19683512    Law Offices Of Ross Gelfand,    54 Minhinette Drive, Suite 150,    Roswell, GA 30075-0000
19683513   +Ltd Financial Services,    7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
19683499   +Obcemea Olympia,    8446 N Clifton Ave,    Niles, IL 60714-1804
20026245   +++Peoples United Bank,   Bankruptcy Credit Card,    850 Main Street,    Bridgeport, CT 06604-4917
19683516   +Us Bank Home Mortgage,    4801 Frederica Street,    Owensboro, KY 42301-7441
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19683505    E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 08 2013 00:33:41    American Honda,    P O Box 60001,
             City Of Industry, CA 91716-0001
20031638    E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 08 2013 00:33:41
             American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
             Irving, TX 75016-8088,    866-716-6441
19683506   +E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 08 2013 00:33:41    American Honda Finance Co,
             P O Box 5308,    Elgin, IL 60121-5308
20103877    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 08 2013 00:47:33
             American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
             Oklahoma City, OK 73126-8941
19683514    E-mail/Text: bankruptcydpt@mcmcg.com Jun 08 2013 00:31:49    MCM,    P O Box 60578,
             Los Angeles, CA 90060-0578
19683515   +E-mail/Text: info@nelsonwatson.com Jun 08 2013 00:43:46    Nelson, Watson & Associates,
             80 Merrimack Street, Lower Level,    Haverhill, MA 01830-5202
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19683504    ##Allied Interstate,    P O Box 6123,    Carol Stream, IL 60197-6123
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 09, 2013**                      **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: dramey                Page 2 of 2                   Date Rcvd: Jun 07, 2013
                               Form ID: pdf006             Total Noticed: 22


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2013 at the address(es) listed below:
              Allan J DeMars    alland1023@aol.com
              Janice A Gatbunton    on behalf of Debtor Olympia  Obcemea formylawyer@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor   U.S. Bank National Association, as Trustee for TBW
               Mortgage-Backed Trust Mortgage Pass-Through Certificates, Series 2006-3 ND-Four@il.cslegal.com
                                                                                             TOTAL: 4
```